ERTROB REALTY CORPORATION, Appellant, *v.* 33 WEST 44TH STREET CORPORATION, Respondent.

(Submitted September 28, 1931; decided October 6, 1931.)

*Irwin Slote* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.